No. 45, Misc.   TOWNSEND  v.  DUFFY,  WARDEN.   Supreme Court of California.   Certiorari denied.

No. 46, Misc.   SWAIN  v.  DUFFY,  WARDEN.   Supreme Court of California.   Certiorari denied.

No. 51, Misc.   LAWRENCE  v.  MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 52, Misc.   RENO  v.  MICHIGAN.   Supreme Court of Michigan.   Certiorari   denied.

No. 56, Misc.   ST. JOHN  v.  NIERSTHEIMER,  WARDEN. Circuit Court of Randolph County, Illinois.   Certiorari denied.

No. 58, Misc.   CLARK  v.  RAGEN,  WARDEN.   Circuit Court of Hancock County, Illinois.   Certiorari denied.

No. 59, Misc.   BAILEY  v.  NIERSTHEIMER,  WARDEN. Circuit Court of Randolph County, Illinois.   Certiorari denied.

No. 60, Misc.   BARNETT  v.  RAGEN,  WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 62, Misc.   LEE  v.  RAGEN,  WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 64, Misc.   SAUNDERS  v.  MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.